JAN 9 2025 PM1:13
FILED - USDC - BPT - CT

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Billy G. Hunt

v.

URER TECHNOLOGIES INC.,
(REGISTERED AGENT, CT CORPORATION
SYSTEM), HUMAN RIGHTS
COMMISSION,,

Case No. _____
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

### A. PARTIES

1. Billy GRESSON HunT is a citizen of CONNECTICUT who
   (Plaintiff)                                              (State)
presently resides at 451 LOGAN STREET, BRIDGEPORT, CT 06607.
                     (mailing address)

2. Defendant URER TECHNOLOGIES INC, is a citizen of CA
   (name of first defendant)                              (State)
whose address is 1515 3RD STREET, SAN FRANCISCO, CA 94158.

3. Defendant _____ is a citizen of _____
                    (name of second defendant)                                    (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

CONN. GEN. STAT. 46a-100; 28 U.S.C, § 1331; 28 U.SC. 1367;

AND 28 U.S.C 1391

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

PLEASE SEE ATTACHED COMPLAINT:

UNITED STATES DISTRICT COURT
[District Name]

---

BILLY HUNT,
Plaintiff,

v.

UBER TECHNOLOGIES INC.,
Defendant.

---

## COMPLAINT FOR DAMAGES
(Misclassification of Employment, Discrimination, Breach of Contract, Defamation, Retaliation, and Violations of State and Federal Statutes)

---

**Plaintiff, Billy Hunt**, by and through undersigned counsel, hereby files this Complaint for Damages against **Uber Technologies Inc.** ("Uber" or the "Defendant") for misclassification of employment, discrimination, breach of contract, defamation, retaliation, and violations of state and federal statutes. Plaintiff alleges as follows:

---

# I. PARTIES

1. **Plaintiff**, Billy Hunt, is a resident of Bridgeport, Connecticut and at all relevant times, was employed as an Uber driver, driving a 2019 white Kia Sedona. Billy Hunt worked full-time as an Uber driver, including 12 to 16 hours a day, in order to increase his earnings. He used the email billyhunt745@gmail.com and the cell phone number **203-522-8547** to operate the Uber app.

2. **Defendant**, Uber Technologies Inc., is a company incorporated under the laws of the state of Delaware, with its principal place of business in San Francisco, California. Uber is a transportation network company that operates globally, providing services to riders and drivers through its Uber app.

## II. JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because the Plaintiff's claims arise under federal law, including the Fair Labor Standards Act, and other related federal statutes. This Court also has supplemental jurisdiction over the Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391, as the Defendant conducts business in this District and the events giving rise to these claims occurred within this District.

## III. FACTUAL ALLEGATIONS

### 1. Misclassification of Employment

5. Since **September 2021**, Uber has and continues to misclassify Billy Hunt as an independent contractor, depriving him of his rights to minimum wage, overtime, sick leave, and other benefits afforded to employees under both state and federal law.

6. On **January 2022**, Uber forced Billy Hunt to drive his 2019 Kia Sedona to **North Carolina** for an inspection, instead of allowing him to get the vehicle inspected in **Connecticut**, under the threat of losing his ability to continue working as an Uber driver.

7. Uber exercises significant control over Plaintiff's work, including setting fares, determining terms of service, and providing guidelines for interactions with passengers. Uber collects payments from passengers and pays a portion of those fares to the driver, akin to an employer-employee relationship.

8. Uber provides Billy Hunt with access to the app, which is necessary for him to connect with passengers and provide services. Uber also has the authority to deactivate or permanently terminate accounts for failure to meet Uber's standards or policies, as occurred with Billy Hunt in **June 2023**.

9. Uber's control over Billy Hunt's work schedule, interactions with passengers, and the compensation he receives indicates that he was and is an employee of Uber and not an independent contractor.

### 2. False Accusations of Discrimination and Retaliation

10. On **June 19, 2023**, Billy Hunt was driving two female passengers, one of whom was Muslim, when he noticed they were not wearing seatbelts. Billy Hunt reminded the passengers of Uber's seatbelt policy and **Connecticut law** requiring passengers to wear seatbelts.

11. One of the passengers, a plus-size female, refused to wear her seatbelt and argued that the infant car seat she was using did not require a seatbelt. Billy Hunt attempted to address these concerns

and informed the riders that if the seatbelt policy was not followed, he would have to end the trip for safety reasons.

12. The plus-size passenger then accused Billy Hunt of being a racist and threatened to have his Uber account deactivated by her father, who allegedly worked for Uber. Billy Hunt ended the trip early for safety reasons and informed the passengers that they were being video recorded via his dash-cam and GoPro Max.

13. After the incident, Billy Hunt immediately reported the situation to Uber support, explaining that he was being falsely accused of racism and that he had followed safety protocols.

14. Despite his report, Uber did not properly investigate the incident. On **June 19, 2023**, Uber sent Billy Hunt an email stating that a rider had alleged he made discriminatory remarks, though the email did not accuse him of any wrongdoing or jump to conclusions.

15. **October 24, 2024**, Uber stated that a report from **June 2023** indicated that a rider alleged Billy Hunt yelled discriminatory remarks at them and kicked them out of his vehicle. Uber claimed to have reviewed the situation and deactivated Billy Hunt's account based on the accusations.

16. Uber failed to clearly specify which discriminatory comments Billy Hunt allegedly made or provide concrete evidence of the accusations. In fact, Billy Hunt denies making any discriminatory remarks, and his video recordings from **June 19, 2023**, contradict the claims.

## 3. Failure to Investigate and Discriminatory Actions

17. On multiple occasions prior to the deactivation of Billy Hunt's account, Uber received false reports from riders, including one from a **March 7, 2023**, incident in which a rider falsely claimed Billy Hunt made discriminatory remarks. In these cases, Uber stated that they would make a note on Billy Hunt's account but took no disciplinary action, stating that the feedback was not an accusation.

18. Despite the lack of evidence, Uber continued to classify feedback from riders as valid without conducting an adequate investigation. Uber failed to clarify the specific remarks Billy Hunt was accused of making, which raises questions about the accuracy and fairness of their actions.

19. Uber deactivated Billy Hunt's account based on false claims and without a clear investigation into the events that transpired, violating his rights and causing him financial and emotional distress.

## 4. Breach of Contract and Violation of Community Guidelines

20. Uber claims that Billy Hunt violated its Community Guidelines, but they have failed to show specific violations or how his actions contradicted Uber's policies.

21. Uber's deactivation of Billy Hunt's account was wrongful and retaliatory, especially given his **4.9 rating** and over **9,000 trips** as a **Diamond Uber driver**. Uber failed to acknowledge the longstanding history of positive feedback from riders and instead chose to rely on unfounded complaints.

## IV. CLAIMS FOR RELIEF

### Count 1 – Violation of Fair Labor Standards Act (Misclassification of Employment) (29 U.S.C. § 201, et seq.)

22. Uber's misclassification of Billy Hunt as an independent contractor, rather than as an employee, deprived him of rights to minimum wage, overtime, sick leave, and other benefits.

### Count 2 – Discrimination and Retaliation in Violation of Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e, et seq.)

23. Uber's actions in terminating Billy Hunt's account were discriminatory and retaliatory, based on unfounded claims of racism and violations of Uber's policies.

### Count 3 – Defamation

24. Uber defamed Billy Hunt by allowing false claims to be reported and acted upon without proper investigation or clarification of the alleged remarks.

### Count 4 – Breach of Contract

25. Uber breached its contractual obligations to Billy Hunt by terminating his employment without adequate investigation or justification.

### Count 5 – Violation of Connecticut State Employment Law

26. Uber violated Connecticut's employment laws, including misclassifying Billy Hunt and failing to provide benefits or protections required for employees under Connecticut law.

---

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Billy Hunt, respectfully requests the following relief:

1. Judgment in favor of Plaintiff on all counts.
2. Reinstatement to Uber's platform with back pay and damages for lost earnings.
3. Compensatory damages for emotional distress and reputational harm.
4. Punitive damages for Uber's willful and malicious conduct.
5. Reasonable attorneys' fees and costs.
6. Any other relief the Court deems just and proper.

---

**Respectfully submitted,**

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: _PLEASE SEE ATTACHED Complaint._

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Claim II: _PLEASE SEE ATTACHED Complaint._

Supporting Facts:

3

## E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

PLEASE SEE ATTACHED COMPLAINT

## F. JURY DEMAND

Do you wish to have a jury trial? (Yes)          No

_____
Original signature of attorney (if any)

_____
Printed Name

*Billy X. Hunt*
Plaintiff's Original Signature

*Billy G, Hunt*
Printed Name

( )
Attorney's full address and telephone

Email address if available

(203) 522-8547
Plaintiff's full address and telephone
451 LOGAN STREET
BRIDGEPORT, CT 06607
Email address if available
billyhunt19@gmail.com

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _BRIDGEPORT_ on _1/9/2025_.
     (location)        (date)

*Billy X. Hunt*
Plaintiff's Original Signature

(Rev.3/29/16)

5